**Fill in this information to identify your case:**

Debtor 1: Etta McKenzie

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 16-18334

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **American Investment Services LLP** (Creditor's Name)<br>Sheldon Palley, Esquire<br>1497 NW 7th Street<br>Miami, FL 33125 | Describe the property that secures the claim: 20110 NW 32 Avenue Opa Locka, FL 33056 Miami-Dade County | $40,276.00 | $147,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Second Mortgage

Date debt was incurred 7/15/04    Last 4 digits of account number

| **2.2** | **Citimortgage, Inc.** (Creditor's Name)<br>c/o Gladstone Law Group P.A.<br>1499 W. Palmetto Park Road Suite 300<br>Boca Raton, FL 33486 | Describe the property that secures the claim: 20110 NW 32 Avenue Opa Locka, FL 33056 Miami-Dade County | $103,407.00 | $147,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) First Mortgage

Date debt was incurred 4/22/10    Last 4 digits of account number 1419

Debtor 1   Etta McKenzie                                                                          Case number (if know)   16-18334
           First Name    Middle Name    Last Name

| 2.3 | City of Miami Gardens | Describe the property that secures the claim: | $153,940.00 | $147,000.00 | $153,940.00 |

Creditor's Name

20110 NW 32 Avenue Opa Locka, FL 33056  Miami-Dade County

**18605 N.W. 27th Avenue**
**Opa Locka, FL 33056**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [✓] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred  8/24/11          Last 4 digits of account number   0140

| 2.4 | ISPC | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

Pool Equipment

**1115 Gunn Highway**
**Suite 100**
**Odessa, FL 33556-5324**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)   Financing Statement

Date debt was incurred  10/5/2007          Last 4 digits of account number   7732

| 2.5 | R Home Investments Inc | Describe the property that secures the claim: | $5,000.00 | $147,000.00 | $1,683.00 |

Creditor's Name

20110 NW 32 Avenue Opa Locka, FL 33056  Miami-Dade County

**270 NW 183 Street**
**Miami, FL 33169**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)   Third Mortgage

Date debt was incurred  8/2/04          Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   $302,623.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $302,623.00

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

| Debtor 1 | Etta | | McKenzie | Case number (if know) | 16-18334 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1: Etta McKenzie
    First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 16-18334

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Etta McKenzie           X
Etta McKenzie                  Signature of Debtor 2
Signature of Debtor 1

Date 6/27/16           Date