# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 16-18344-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

BERTHA RAMIREZ

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING
## AND TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **November 01, 2016** at **01:35 pm** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 8, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 12th day of October, 2016.

                                                                                    _/s/ Nancy K. Neidich_____
                                                                                    NANCY K. NEIDICH, ESQUIRE
                                                                                    STANDING CHAPTER 13 TRUSTEE
                                                                                    P.O. BOX 279806
                                                                                    MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS
CASE NO.:  16-18344-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
BERTHA RAMIREZ
14570 S.W. 51ST STREET
MIAMI, FL  33175

**ATTORNEY FOR DEBTOR**
LUIS NAVARRO, ESQUIRE
PO BOX 34-7650
CORAL GABLES, FL  33234

**LUIS NAVARRO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.