**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    X   Third    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    ☐   _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Etta McKenzie    JOINT DEBTOR: _____    CASE NO.: 16-18334
Last Four Digits of SS# 1824    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 3,499.10 for months 1 to _____;
    B.    $ 1,639.59 for months 2 to 59;
    C.    $ 15,384.09 for months 60 to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0    TOTAL PAID $ 0
    Balance Due    $ _____ payable $ _____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Citimortgage    Arrearage on Petition Date    $ 25,662.29
Address: c/o Gladstone Group PA    Arrears Payment    $ 2,109.00 /month (Months 1 to _____)
1499 West Palmetto Park Road #300    Arrears Payment    $ 399.20 /month (Months 2 to 60)
Boca Raton, FL 33486    Regular Payment    $ 1,072.00 /month (Months 1 to _____)
Account No: 1419    Regular Payment    $ 1,091.34 /month (Months 2 to 60)

2. _____    Arrearage on Petition Date    $ _____
Address: _____    Arrears Payment    $ _____ /month (Months _____ to _____)
    Regular Payment    $ _____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
    Payable    $ _____ /month (Months _____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $ 12,495.00 /month (Months 60 to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor is paying second mortgagee American Investment Services LLP outside the Plan.

Debtor surrenders any interest in secured creditor ISPC's Guardian Water Purification System (POC1).

Creditor RHomes was administratively dissolved as a corporation in 2011 and Debtor believes that this 3rd mortgage was paid off with the second mortgage American Homes Investment Services refinancing. Debtor will file a POC for RHomes after the claims bar date and then object to the claim.

The debtor will modify the plan to provide for distribution to unsecured creditors if funds are recovered from a possible lawsuit against a local housing counseling agency.

Debtor will deal with code enforcement liens of City of Miami Gardens outside the Plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Etta McKenzie  /s/
_____           _____
Debtor                                                                    Joint Debtor
Date:  October 27, 2016                                        Date: