UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    ETTA MCKENZIE                         Case No. 16-18334
                                                Chapter 13

                        Debtor          /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2016, Debtor provided a true and correct copy of the Third Amended Chapter 13 Plan (DE 47); and Debtor's Notice of Withdrawal of Objection to Claim DE 33 of Creditor Citimortgage (DE 48) was transmitted electronically to:

Spencer Gollahon on behalf of Creditor CitiMortgage, Inc.
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**By US First class mail to**:

American Investment Services LLP
Sheldon Palley, Esquire
1497 NW 7th Street
Miami, FL 33125

City of Miami Gardens
1515 NW 167 Street, Building 5, Suite 200
Miami, FL 33169

IC Systems collection
PO Box 64378
Saint Paul, MN 55164

Case No. 16-18334
Page -2-

_____/

ISPC
c/o Michael D. Ginsberg, Esq.
1115 Gunn Highway, Suite 100
Odessa, FL 33556

LVN Funding , LLC
c/o Borack and Associates P.A.
2300 Maitland Center parkway, Suite 200
Maitland, FL 32751

R Home Investments Inc.
270 NW 183 Street
Miami, FL 33169

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,
        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By _____/s/_____
        Carolina A. Lombardi
        Florida Bar No.  241970
        Attorney for Debtor
        3000 Biscayne Boulevard
        Suite 500
        Miami, FL 33137
        Telephone: (305) 438-2427
        Primary Email: CLombardi@legalservicesmiami.org
        Alt Email: PBerrios@legalservicesmiami.org