

ORDERED in the Southern District of Florida on December 15, 2016.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:    ETTA MCKENZIE                     Case No. 16-18334 LMI
                                            Chapter 13

_____Debtor_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

This matter having been considered without hearing upon the Debtor's Objection to Claim [DE 50], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 4 | R Home Investment Inc. | $5,000 |

and the claim is stricken since Creditor R Home Mortgage's mortgage was satisfied.

### ###

**Submitted by:** Carolina A. Lombardi, Attorney
The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).