**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                  Case No. 16-18334 LMI
                                                                                        Chapter 13
Etta McKenzie


<u>Debtor                       </u>/


### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, Debtor Etta McKenzie moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor wants to modify her Plan to conform with the secured creditor CitiMortgage's January 3, 2017, Notice of Mortgage Payment Change. Debtor has uploaded her proposed First Modified Plan.

Dated January 18, 2017.

                                                    Respectfully submitted,
                                                  LEGAL SERVICES OF GREATER MIAMI, INC.

By     <u>/s/                                     </u>
        Carolina A. Lombardi
        Florida Bar No. 241970
        Attorney for Debtor
        4343 West Flagler Street #100
        Miami, FL 33134
        Telephone: 305-438-2427
        Facsimile: 305-774-5749
        Email: CLombardi@legalservicesmiami.org
        Alt.: PBerrios@legalservicesmiami.org