B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Florida__

In re __Etta McKenzie__,    Case No. __16-18334-LMI__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Nationstar Mortgage, LLC__
Name of Transferee

__Citimortgage, Inc.__
Name of Transferor

Name and Address where notices to transferee should be sent:

Nationstar Mortgage, LLC
Attention: Bankruptcy Department, PO Box 619096
Dallas, TX 75261-9741

Phone: __(877) 343-5602__
Last Four Digits of Acct #: __2353__

Court Claim # (if known): __2__
Amount of Claim: __$104,760.79__
Date Claim Filed: __08/30/2016__

Phone: __(866) 613-5636__
Last Four Digits of Acct. #: __8605__

Name and Address where transferee payments should be sent (if different from above):

Nationstar Mortgage, LLC
Bankruptcy Department, P.O. Box 619094
Dallas, Texas 75261-9741

Phone: __(877) 343-5602__
Last Four Digits of Acct #: __2353__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Lindsey Savastano__    Date: __05/30/2017__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

REPRESENTATION OF PRINTED DOCUMENT

**Nationstar** MORTGAGE

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

May 09, 2017

CAROLINA A LOMBARDI
4343 W FLAGLER ST STE 100
CORAL GABLES FL 33134-1585

Re: ETTA MCKENZIE
Account #:
Case Number: 1618334

Dear CAROLINA A LOMBARDI:

Nationstar Mortgage LLC recently acquired the above referenced mortgage. Our records indicate your client recently filed bankruptcy. This letter is for informational purposes only and provides important information for your client while their loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If your client filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement. The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors. Your client may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is retaining the property and interested in loss mitigation opportunities, please complete the attached authorization form and return to Nationstar Mortgage. Bankruptcy Loss Mitigation representatives may be contacted at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram. If your client is mailing their payment, please send to the following address and include their loan number.

> Nationstar Mortgage LLC
> P.O. Box 619094
> Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

> Code City: ASTAR    Code State: TX

Payments sent via Money Gram should utilize reference code: 1678

All other correspondence should be sent to:
> Nationstar Mortgage LLC
> P. O. Box 619096
> Dallas, TX 75261-9741

AWLBA

If your client was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for their monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing.  Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer.  Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you or your client have any additional questions, your Dedicated Loan Specialist is Kimberlee Smith and can be reached at (877) 343-5602 EXT. 4670024 Monday through Thursday from 8:00 am until 8:00 CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department

Cc:     ETTA MCKENZIE
        20110 NW 32ND AVE
        OPA LOCKA  FL 33056


Enclosure:  Authorization Form

---

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

www.MyNationstar.com

AWLBA



May 09, 2017

CAROLINA A LOMBARDI
4343 WEST FLAGLER STREET #100
MIAMI  FL 33134

**RE:  Home Mortgage Assistance Request**

CAROLINA A LOMBARDI:

Nationstar Mortgage would like to provide the opportunity to assist your client with their mortgage.  With the debtor in an active bankruptcy, we are seeking your assistance in obtaining information in order to process an accurate evaluation of assistance programs available.

In order to be able to quickly complete any review of assistance requested by your client, or due to current processes requested by bankruptcy district requirements, we are asking for approval of your firm by signature below, to be allowed direct contact with your client so that we can discuss any opportunities available, or obtain any necessary information in order to promptly complete our review.

Nationstar Mortgage is very aware of the importance of communication while a debtor is in an active bankruptcy case, and seek to work with you in regards to providing the best possible scenario for your client regarding their mortgage, while in an active bankruptcy case.

At your earliest convenience, please complete the information below and return with a <u>cover sheet from your firm,</u> by facsimile to 972-315-7759 so that we may have this document for our records.

Sincerely,

Nationstar Mortgage LLC
Bankruptcy Department

_____

By signature below authorization is provided for Nationstar Mortgage LLC to have direct contact with our client (Client Name) _____ for the purpose of obtaining information/ discussion of potential loss mitigation/loan assistance programs regarding the debtor(s) home mortgage.

Date _____    Firm name _____

Attorney or authorized party signature _____

Firm telephone number _____    Fax number _____

*If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*



www.MyNationstar.com

AWLBA

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

AWLBA

**Hawaii Residents:** **If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

REPRESENTATION OF PRINTED DOCUMENT

**Nationstar MORTGAGE**

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO BOX 619063
DALLAS, TX 75261-9063

May 09, 2017

ETTA MCKENZIE
20110 NW 32ND AVE
OPA LOCKA FL  33056-1805

Re:  ETTA MCKENZIE
     Account #:
     Case Number: 1618334

Dear ETTA MCKENZIE:

Nationstar Mortgage LLC recently acquired your mortgage. Our records indicate you recently filed bankruptcy.  This letter is for informational purposes only and provides important information for you while your loan is being serviced by the Bankruptcy Department at Nationstar Mortgage.

If you filed for protection under Chapter 7, and would like to reaffirm the debt please contact our office at 877-343-5602 to request a Reaffirmation Agreement.  The Reaffirmation Agreement must be filed within 45 days of the Meeting of Creditors.  You may rescind at any time prior to the entry of a discharge order in the bankruptcy case or within 60 days of the filing of the Reaffirmation Agreement, whichever is longer.

If your client is to retain the property and you are interested in loss mitigation opportunities, please contact our Bankruptcy Loss Mitigation representatives at 877-343-5602 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT.

Payments during the pendency of the bankruptcy case can be mailed, sent via Western Union or Money Gram.  If you are mailing your payment, please send to the following address and include your loan number.

        Nationstar Mortgage LLC
        P.O. Box 619094
        Dallas, TX, 75261-9741

Payments sent via Western Union should reference the following information.

    Code City:  ASTAR        Code State:  TX

Payments sent via Money Gram should utilize reference code:  1678

All other correspondence should be sent to:
        Nationstar Mortgage LLC
        P. O. Box 619096
        Dallas, TX  75261-9741

AWLBN

If your account was setup on a monthly electronic funds transfer (ACH) or monthly reoccurrence of Western Union payments for your monthly payment prior to filing bankruptcy, the ACH and Western Union reoccurrence is suspended upon notification of the bankruptcy filing. Nationstar Mortgage doesn't permit loans active within bankruptcy to be setup on a monthly electronic payment transfer. Your client may monthly send a Western Union however when the information from Western Union is received it must not be listed as a reoccurring payment.

If you have any additional questions, your Dedicated Loan Specialist is Kimberlee Smith and can be reached at (877) 343-5602 EXT. 4670024 Monday through Thursday from 8:00 am until 8:00 pm CT; Friday from 8:00 am until 5:00 pm CT and Saturday from 8:00 am until 12:00 pm CT or via mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019.

Sincerely,

Bankruptcy Department


CC:   CAROLINA A LOMBARDI
      4343 WEST FLAGLER STREET #100
      MIAMI  FL 33134

This letter is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the United States Bankruptcy Code. If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

www.MyNationstar.com

AWLBN

INTERNET REPRINT

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn:  Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

AWLBN

REPRESENTATION OF PRINTED DOCUMENT

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or** http://cca.hawaii.gov/dfi/**.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or** www.dfs.ny.gov**.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website** www.nccob.gov**.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.