# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  　　　　　　　　　　　　　　　　　Case No. 16-18334 LMI
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Etta McKenzie

<u>Debtor　　　　　　　　　</u>/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

　　　Pursuant to Local Rule 9013-1, Debtor Etta McKenzie moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

　　　1.　　Debtor wants to modify her Plan to conform with the secured creditor Nationstar Mortgage's Notice of Mortgage Payment Change effective August 1, 2018. Debtor has uploaded her proposed Second Modified Plan.

Dated June 26, 2018.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　LEGAL SERVICES OF GREATER MIAMI, INC.

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Carolina A. Lombardi
　　　　　　　　　　　　　　　　　　Florida Bar No. 241970
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　4343 West Flagler Street #100
　　　　　　　　　　　　　　　　　　Miami, FL 33134
　　　　　　　　　　　　　　　　　　Phone and Fax: 305-438-2427
　　　　　　　　　　　　　　　　　　Email: CLombardi@legalservicesmiami.org
　　　　　　　　　　　　　　　　　　Alt.: SFreire@legalservicesmiami.org