**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    ETTA MCKENZIE                                         Case No. 16-18334-LMI
                                                                Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the Third Modified Chapter 13 Plan (DE 79) and Notice of Continuing Debtor's Motion to Modify Confirmed Plan (DE 80); were transmitted electronically to:

Spencer Gollahon on behalf of Creditor CitiMortgage, Inc.
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Lindsey Savastano on behalf of Creditor Nationstar Mortgage, LLC
Lsavastano@logs.com, electronicbankruptcynotices@logs.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Also sent Via U.S. Mail on August 15, 2018:**

SHAPIRO FISHMAN & GACHE, LLP.
c/o Lindsey Savastano, Esq.
2424 North Federal Highway, Ste. 360
Boca Raton, FL 33431

THE INDEPENDENT SAVINGS PLAN CO.
c/o Michael D. Ginsberg, Esq.
1115 Gunn Hwy, Ste. 100
Odessa, FL 33556

Case No. 16-18334
Page -2-
_____/

Direct TV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        LEGAL SERVICES OF GREATER MIAMI, INC.

        By _____/s/_____
           Carolina A. Lombardi
           Florida Bar No.  241970
           Attorney for Debtor
           4343 West Flagler Street
           Suite 100
           Miami, FL 33134
           Telephone/Facsimile: (305) 438-2427
           Primary Email: CLombardi@legalservicesmiami.org
           Alt. Email: Sfreire@legalservicesmiami.org