**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    ETTA MCKENZIE                                    Case No. 16-18334-LMI
                                                           Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Modify Plan [DE 85], Notice of Hearing [DE 86], Fourth Amended Plan [DE 88], RE-Notice of Hearing [DE 90]; were transmitted electronically to:

Spencer Gollahon on behalf of Creditor CitiMortgage, Inc.
spencergollahon@earthlink.net,
sgollahon@gladstonelawgroup.com;ECF@gladstonelawgroup.com

Lindsey Savastano on behalf of Creditor Nationstar Mortgage, LLC
Lsavastano@logs.com, electronicbankruptcynotices@logs.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Also sent Via U.S. Mail on September 18, 2018:**

SHAPIRO FISHMAN & GACHE, LLP.
c/o Lindsey Savastano, Esq.
2424 North Federal Highway, Ste. 360
Boca Raton, FL 33431

THE INDEPENDENT SAVINGS PLAN CO.
c/o Michael D. Ginsberg, Esq.
1115 Gunn Hwy, Ste. 100
Odessa, FL 33556

Case No. 16-18334
Page -2-
_____/

Direct TV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

       I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

       Respectfully submitted,

       LEGAL SERVICES OF GREATER MIAMI, INC.

       By     /s/_____
         Carolina A. Lombardi
         Florida Bar No.  241970
         Attorney for Debtor
         4343 West Flagler Street
         Suite 100
         Miami, FL 33134
         Telephone/Facsimile: (305) 438-2427
         Primary Email: CLombardi@legalservicesmiami.org
         Alt. Email: Sfreire@legalservicesmiami.org